JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 8, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Abraham Tovar, Sr., et al.*, | CASE NO. CV 16-117-GHK (KSx) |
| **Plaintiffs,** | |
| v. | **JUDGMENT** |
| *Oscar E. Toscano aka Abogado del Pueblo, et al.*, | |
| **Defendants.** | |

Pursuant to the Court's February 8, 2016 Order, IT IS HEREBY ADJUDGED that this action is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

DATED: February 8, 2016

_____
GEORGE H. KING
Chief United States District Judge